IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS.
MIDLAND/ODESSA DIVISION

FILED

## AMENDED COMPLAINT

case# MO: 23-cv-00038-DC   7:23-cv-111

JUL 10 2023
CLERK, U.S. DISTRICT CLERK
WESTERN DIST. OF TEXAS
BY_____
DEPUTY

Pursuant to Federal Rules of Civil Procedure Rule 15(a) plaintiff, Jacob Alex Johnson comes now to amend the complaint of said case with new defendants, claims and relief sought as follows:

## I. Defendants

A. Ector County Sheriffs Office, responsible for the safety and confinement of inmates, whose mailing address is P.O. Box 331, Odessa, TX 79760. The Sheriffs office is responsible for the hiring and continued employment of staff that neglected plaintiffs rights.

## II. Statement of Claim

1. On 5/24/2023 plaintiff was called out of cell 1202 for legal mail. Upon arriving at the legal mail station Corporal J. Toombs waited with documents mailed from the attorney representing the defendants in this case in a certified mail envelope. After opening the envelope and looking through the documents several times J. Toombs scanned the documents into the system then

1

quickly shredded them denying the plaintiff any time to inspect the physical documents himself. Plaintiff asked for physical copies of the documents as there were many pages and tried to explain that reviewing them on a single kiosk that twenty three other people used during the day would be a burden to preparing his own documents for the case but was denied copies. Ector County has a legal mail policy stating that all documents legal or otherwise will be scanned into the system which makes it extremely difficult to access them at any given time and impossible after lockdown times. The documents were scanned in out of order and placed in several different files which turned the viewing of documents into fitting a puzzle together.

2. On 6/9/2023 Plaintiff was asked to pack up his property and report to intake to be transferred to Texas Department of Corrections. Upon his arrival at intake he was asked to turn over his Bible and legal papers. He asked that his legal work be sealed in front of him before being placed in a holding cell. Corporal J. Toombs arrived at intake then had Plaintiff placed in a holding cell before the legal documents were sealed or inspected. As an officer

escorted plaintiff to the cell Mr. Johnson witnessed Corporal J. Toombs digging through his legal property which consisted of 4 large manila envelopes and several smaller stamped envelopes. Plaintiff that he be given the materials back or have them sealed in his presence which was denied.

3. Before leaving the Ector County Detention Center Mr. Johnson asked for copies of all the legal documents that were scanned into the Smart Jail Mail system application and was denied by Corporal J. Toombs and 2 other officers

4. Upon arriving at TDC Rogelio Sanchez Unit and inspecting his legal property Plaintiff discovers that there are many pages and two small envelopes missing from the legal materials. Plaintiff discovers that all intellectual property such as song lyrics, poems and personal letters as well as two envelopes containing personal and legal correspondance are missing. Much of the intellectual property was written on the back of legal documents such as indictment information. In all there are fifteen

pages of legal documents from Ector County District Court, 8 pages of personal correspondance, five pages of legal research notes and twenty pages of poetry and song lyrics missing from the materials. All of these items were removed from Plaintiff legal property and he was never informed or afforded the opportunity to mail the property even though he had plenty of postmarked envelopes, which were also taken, to do so. The actions of the Ector County Sheriffs Office staff in this matter are blatantly malicious and can only be described as theft of intellectuall property while illegally searching privileged documents.

## III. Relief

In the amended claims against defendants plaintiff seeks $10,000.00 per page of intellectual property that is missing and $140,000.00 in punitive damages for a total of $240,000.00.

I declare under penalty of perjury all facts presented in this complaint are true and correct.

Jacob Johnson #2149757
Rogelio Sanchez Unit
3901 State Jail Road
El Paso, TX 79938

Respectfully Submitted,

Jacob Johnson

4

# Certificate of Service

This is to certify on this 3rd day of July, 2023 true and correct copies of this Amended Complaint and Plaintiffs Response to Defendants Motion to Dismiss were sent by the U.S. Postal Mail Service to the United States District Court Clerk for the Western District of Texas Midland/Odessa Division and to defendant, Mike Griffis, at the Ector County Sheriffs Office.

Jacob Johnson #2449787
Rogelio Sanchez Unit
3901 State Jail Road
El Paso, TX 79938

Jacob Johnson
Jacob Johnson
7/3/2023

Jacob Johnson #2449787
Rogelio Sanchez Unit
3901 State Jail Road
El Paso, TX 79938



LEGAL MAIL
RECEIVED
JUL 1 0 2023
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
200 E. WALL STREET, ROOM 222
MIDLAND, TEXAS 79701

79701$5201 C091

7/3/2023

Dear Clerk,

I recieved the courts order that denied my request for copies to serve the defendants attorney. I have enclosed copies of the documents and have sent a copy to Mike Griffis of the Ector County Sheriffs office to P.O. Box 331, Odessa, TX 79760. I still do not have the address to the defendants attorney as I was not provided with any of the documents from their office when I was transferred from Ector County. If that information could be provided to me I would greatly appreciate it as I have reached out to the Law Library here without any luck. I am indigent and have no other means of retrieving information. It took this long just to obtain enough supplies to provide copies of documents. Although I sent a copy of each document to the Sheriffs office I would ask that they also be sent to their Attorney on record. Thank You.

Sincerely,

Jacob Johnson #2444987
Rogelio Sanchez Unit
3901 State Jail Road
El Paso, TX 79938

Jacob Johnson