UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| JACOB ALEX JOHNSON § | |
| § | |
| vs. § | NO: MO:23-CV-00111-DC |
| § | |
| ECTOR COUNTY SHERIFF'S OFFICE § | |

## FINAL JUDGMENT

On this day the Court entered an Order dismissing Plaintiff's case as frivolous and for failure to state a claim. The Court now enters its Final Judgment pursuant to Federal Rule of Civil Procedure 58.

Accordingly, it is hereby **ORDERED** that Plaintiff's 42 U.S.C. §1983 Civil Rights Complaint is **DISMISSED AS FRIVOLOUS AND FOR FAILURE TO STATE A CLAIM** pursuant to 28 U.S.C. §1915(e)(2)(B)(i), (ii) and §1915A(b)(1).

It is also **ORDERED** that the above-captioned cause is **DISMISSED WITH PREJUDICE**, with the Parties to bear their own costs.

It is further **ORDERED** that all other pending motions, if any, are dismissed as moot.

It is so **ORDERED**.

SIGNED this 6th day of September, 2023.

_[signature]_
DAVID COUNTS
UNITED STATES DISTRICT JUDGE